UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEONARDO SIMPKINS,

    Plaintiff,

v.                                      Case No. 3:23cv24688-MCR-HTC

OFFICER FNU JONE, et al.,

    Defendants.

_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 15, 2023 (ECF No. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker who failed to pay the $402.00 filing fee, as well as for being malicious based upon Plaintiff's failure to truthfully disclose his litigation history.

3. The clerk shall close the file.

**DONE AND ORDERED** this 18th day of January 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**